83,034-01,02,03

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

This is Kwamaine Jones and im writing in regards to my Habeas Corpus 11.07. I was Not here during the time of the crime I was in Losangeles, CA and For I also never told them to shoot anyone. My county was under federal investigation for the crooked things that they have been doing. My lawyer told me that the D.A didn't like me or my family and that they. Would make sure something happened to me If I were to get out. They also Said they were going to lock up my witnesses if they testified for me. It was more Personel then anything. They even wanted my lawyer to get off the case. It's been so much chaos dealing with Smith county. It just isn't right. I would have Never Signed If I was were giving a fair chance. If you look closly The Judge Ask'ed I Sure I want to Sign and She Saw that I really didn't want to she even said you don't look to Sure. Please help me to get Back to the county or at least drop my Agg

Charge, Because I Would never shoot AnyBody and never shot anyone ever in my life The people who they said were ~~involved~~ involved were crips shooting at crips, They taged me as a piru member. how could I tell some Hoover crip member to do anything. I'm Not a ~~gang~~ member ~~Dan~~ I Just hung around the wrong crowd thats all. I'm a changed man, ~~Aman~~ a man of God and I Would take a lie detector test for everything I'v said. Thank you for your time please help me get back home its killing my mother. (Literally).

God Bless

# Certificate of Baptism



"And it came to pass in those days that Jesus came from Nazareth of Galilee, and was baptized of John in Jordan" (Mark 1:9)

"Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost" (Matthew 28:19)

*This certifies*

that **Kwamaine Jones**

*In obedience to our Lord Jesus Christ, was "buried with Him in baptism"*

On the 5th day of April in the year of our Lord 2015

Date of birth 6-6-90 by Clyd E Young

## Jesus Loves You

*Church of Christ*